**Order entered April 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00503-CV

### GWENDOLYN GABRIEL, Appellant

### V.

### MERRY OUTLAW, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02456**

## ORDER

We **GRANT** John D. Nation's March 19, 2019 unopposed Motion to Withdraw as Counsel for appellant Gwendolyn Gabriel in this appeal. We **DIRECT** the Clerk of the Court to (1) remove Mr. Nation as counsel for Ms. Gabriel in this cause number and (2) send future communications in this case to Ms. Gabriel at 1160 South Joe Wilson, Cedar Hill, Texas 75104.

/s/     ADA BROWN
JUSTICE